KAREN MATTESON (Cal. Bar No. 102103)
Email: mattesonk@sec.gov
JANET E. MOSER (Cal. Bar No. 199171)
Email: moserj@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
John W. Berry, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. MOORE,<br><br>　　　　　Defendant. | Case No.:  2:15-cv-1865-LDG-(GWF)<br><br>**STIPULATION CONTINUING DATE FOR FILING PROPOSED PRETRIAL CONFERENCE ORDER;<br>ORDER THEREON** |

## STIPULATION

On December 4, 2015, the Court issued the Scheduling Order in this action. (Dkt. No. 11.) That Order provides that the parties must file the joint pretrial order no later than June 15, 2016. (*Id.* at 3 ¶ (5).)

On May 13, 2016, Plaintiff Securities and Exchange Commission ("SEC") filed a motion for summary judgment. (Dkt. No. 12.) That motion has not yet been decided by the Court. Until that motion is decided, it is difficult for the parties to determine what factual and legal issues remain in the case, and to draft a meaningful proposed pretrial conference order.

Accordingly, IT IS HEREBY STIPULATED by Plaintiff SEC, through its counsel, and Defendant Michael J. Moore, appearing *pro se*, that the June 15, 2016 date by which the parties are required to file the joint pretrial conference order be continued to a later date to be determined by the Court following its ruling on the SEC's pending motion for summary judgment.

Respectfully submitted,

*/s/ K. Matteson*  6/15/16
Karen Matteson
Attorney for Plaintiff
Securities and Exchange Commission

*/s/ Michael J. Moore*
Michael J. Moore
Defendant *Pro Se*

## ORDER

IT IS SO ORDERED:

*/s/ Lloyd D. George*
HONORABLE LLOYD D. GEORGE
UNITED STATES DISTRICT JUDGE

DATED: 16 June 2016

1