# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. MOORE,<br><br>    Defendant. | 2:15-cv-1865-LDG-GWF<br><br>ORDER |

For the reasons stated in plaintiff Securities and Exchange Commission's motion and briefing to dismiss or strike counterclaims by defendant Michael J. Moore, and strike portions of Moore's answer and certain affirmative defenses, and given this court's recent ruling in <u>Securities and Exchange Com'n v. Moore</u>, 2:09-cv-167-LDG-GWF addressing like issues,

THE COURT HEREBY ORDERS that plaintiff Securities and Exchange Commission's motion and briefing to dismiss or strike counterclaims by defendant Michael J. Moore, and strike portions of Moore's answer and certain affirmative defenses (#9) is GRANTED.

THE COURT FURTHER ORDERS that defendant Moore's motion to stay (#6) is DENIED.

DATED this ___ day of September, 2016.

_____
Lloyd D. George
United States District Judge