# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. MOORE,<br><br>    Defendant. | Case No. 2:15-cv-01865-LDG (GWF)<br><br>**ORDER** |

    The plaintiff, Securities and Exchange Commission (SEC), moves for summary judgment (ECF No. 12) on its claims that the defendant, Michael J. Moore, violated the October 6, 2009 SEC Order permanently suspending him from appearing or practicing before the SEC and that he violated SOX Section 105(c)(7)(B).  As relief, the SEC requested that the Court issue findings of fact and conclusions of law that the defendant committed the alleged violations, that the Court issue an order commanding the defendant to comply with the October 6, 2009 SEC Order, that the Court issue a judgment permanently enjoining the defendant from violating Section 105(c)(7)(B) of the Sarbanes-Oxley Act of 2002, 15 U.S.C. §7215(c)(7)(B), that the Court order the defendant to disgorge all ill-gotten gains, that the Court order the defendant to pay a civil penalty

pursuant to Section 21(d)(3) of the Exchange Act, 15 U.S.C. §78u(d)(3), and that the Court retain jurisdiction of this action in order to implement and carry out the terms of orders and decrees.

The Court notified the defendant as to what he was required to do to oppose the motion. (ECF No. 13).

The defendant has not opposed the SEC's motion.

The Court has reviewed the pleadings, the SEC's motion and memorandum of points and authorities, and the voluminous evidence submitted in support of that motion. The Court finds that the SEC has met its burden of showing that it is entitled to summary judgment on each of its claims, and is entitled to the relief requested in its complaint as set forth in Section D of its memorandum of points and authorities.

Accordingly,

THE COURT **ORDERS** that the Securities and Exchange Commission's Motion for Summary Judgment (ECF No. 12) is GRANTED;

THE COURT FURTHER **ORDERS** that, not later than fifteen days following the entry of this Order, the Securities and Exchange Commission shall submit proposed findings of fact and conclusions of law, and a proposed judgment granting the four forms of relief requested in its complaint as set forth in Section D of its points and authorities.

DATED this 31 day of March, 2017.

Lloyd D. George
United States District Judge

2